UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS ROBERTSON (#91333)

VERSUS                                              CIVIL ACTION

JUDICIAL ADMINISTRATOR,                             NUMBER 13-698-BAJ-SCR
LOUISIANA SUPREME COURT

**NOTICE**

  Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
  In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

  ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

  Baton Rouge, Louisiana, October 23, 2013.

            *Stephen C. Riedlinger*
            STEPHEN C. RIEDLINGER
            UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS ROBERTSON (#91333)

VERSUS                                                    CIVIL ACTION

JUDICIAL ADMINISTRATOR,                   NUMBER 13-698-BAJ-SCR
LOUISIANA SUPREME COURT

### MAGISTRATE JUDGE'S REPORT

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed a pleading that he denominated "Petition for Writ of Prohibition/Procurement" against an unidentified Judicial Administrator of the Louisiana Supreme Court. Plaintiff alleged that on June 25, 2013, he filed a writ of mandamus in the Louisiana Supreme Court seeking an order directing the Louisiana First Circuit Court of Appeal to rule on an application for rehearing. Plaintiff alleged that he wrote a letter to the Judicial Administrator of the Louisiana Supreme Court requesting that his writ be placed on the court's docket for consideration. Plaintiff alleged that he did not receive a response from the Judicial Administrator. Plaintiff alleged that it has been over four months and the Louisiana Supreme Court has not ruled on his writ of mandamus. Plaintiff sought an order directing the Judicial Administrator to place his writ of mandamus on the court's docket and treat it in the same manner as writs of mandamus filed by other inmates.

**Applicable Law and Analysis**

**A. Frivolous Standard**

An in forma pauperis suit is properly dismissed as frivolous if the claim lacks an arguable basis either in fact or in law. *Denton v. Hernandez*, 504 U.S. 25, 112 S.Ct. 1728, 1733 (1992); *Neitzke v. Williams*, 490 U.S. 319, 109 S.Ct. 1827, 1831-32 (1989); *Hicks v. Garner*, 69 F.3d 22, 24 (5th Cir. 1995).  A court may dismiss a claim as factually frivolous only if the facts are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional.  *Denton,* 504 U.S. at 33-34, 112 S.Ct. at 1733.  Pleaded facts which are merely improbable or strange, however, are not frivolous for 28 U.S.C. § 1915(d) purposes.  *Id.; Ancar v. SARA Plasma, Inc.*, 964 F.2d 465, 468 (5th Cir. 1992).  Dismissal § 1915(d) may be made at any time before or after service of process and before or after an answer is filed. *Green v. McKaskle*, 788 F.2d 1116, 1119 (5th Cir. 1986).

**B. Mandamus**

The United States District Court lacks jurisdiction to review actions in the nature of mandamus to compel state officers or employees to perform duties owed the plaintiff.  28 U.S.C. § 1361.

Federal mandamus applies to officers, employees, and agencies of the United States.  It does not apply to officers, employees, and agencies of states.  28 U.S.C. § 1361; *see Russell v. Knight*, 488 F.2d 96, 97 (5th Cir. 1973) ("federal courts have no general

2

power to direct state courts and their judicial officers in the performance of their duties where mandamus is the only relief sought").

## II. Conclusion

Because it is clear that the plaintiff's claims have no arguable basis in fact or in law, the complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint.

## RECOMMENDATION

It is the recommendation of the magistrate judge that this action be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and without leave to amend because there is no conceivable, non-frivolous federal claim the plaintiff could assert against these defendants consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, October 23, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE