UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOUGLAS ROBERTSON (#91333)** | **CIVIL ACTION** |
| **VERSUS** | |
| **JUDICIAL ADMINISTRATOR, LOUISIANA SUPREME COURT** | **NO.: 13-00698-BAJ-SCR** |

## RULING AND ORDER

On October 24, 2013, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Douglas Robertson's action be dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii). (Doc. 4.) Plaintiff seeks an order from this Court directing the Judicial Administrator of the Louisiana Supreme Court to rule on his writ of mandamus.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 4, at 1.) A review of the record indicates that Plaintiff filed a timely memorandum in opposition to the Magistrate Judge's Report and Recommendation on October 30, 2013. (Doc. 5.)

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 4)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED**, without leave to amend, because there is no conceivable, non-frivolous federal claim Plaintiff Douglas Robertson could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, December 4, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA